# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-1529V
UNPUBLISHED

|  |  |
|---|---|
| ANTHONY SANDERS, | Chief Special Master Corcoran |
| Petitioner, | Filed: January 21, 2020 |
| v. |  |
| | Special Processing Unit (SPU); |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Ruling on Entitlement; Concession; Table Injury; Influenza (Flu) Vaccine; |
| Respondent. | Guillain-Barre Syndrome (GBS) |

*Michael Andrew London, Douglas & London, P.C., New York, NY, for petitioner.*

*Claudia Barnes Gangi, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

On October 3, 2018, Anthony Sanders filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that he suffers from Guillain-Barre Syndrome (GBS) as a result of an influenza ("flu") vaccine that was administered on October 20, 2015. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On November 18, 2019, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent concedes that Petitioner suffered an onset of

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

GBS between three and forty-two days after vaccination with at least six months of residual symptoms  *Id.* at 2-3.  Respondent further agrees that Petitioner suffered the nadir of weakness between 12 hours and 28 days following the onset of symptoms; that following the nadir, Petitioner stabilized or improved without significant relapse; and that no likely alternative diagnosis could explain Petitioner's symptoms.  *Id.* at 2-4

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master